IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN AVILA           : | |
| : | CIVIL ACTION NO. 02-CV-3069 |
|        Plaintiff,    : | |
| : | |
| v.                     : | |
| : | |
| BAYER CORPORATION;  : | ENTRY OF APPEARANCE |
| BAYER AG;             : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE;     : | |
| SMITHKLINE BEECHAM  : | |
| : | |
|        Defendants.   : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____      _____
Hope S. Freiwald                                 Aline Fairweather


_____      _____
Alison T. Conn                                    Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000